UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK ROUGEAU,**<br>      **Plaintiff,** | **DOCKET NO.  15-cv-02027** |
| v. | **JUDGE ELIZABETH E. FOOTE** |
| **DIABETES ASSESSMENT AND MANAGEMENT CENTERS HOLDINGS, INC., DIABETES ASSESSMENT AND MANAGEMENT CENTER OF SHREVEPORT, L.L.C., SAMUEL M. CAMP AND CLAY CRENSHAW,**<br>      **Defendant.** | **MAGISTRATE JUDGE<br>MARK L. HORNSBY** |

### ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal submitted jointly by the parties in the above-captioned action;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all parties will bear their respective attorneys' fees and costs of litigation;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain exclusive jurisdiction to interpret and enforce the parties' settlement.

**Shreveport, Louisiana, this**  10th  **day of December, 2015.**

_____
U.S. DISTRICT JUDGE ELIZABETH E. FOOTE
MAGISTRATE JUDGE

4837-3928-7594, v. 1

3